**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Timothy Johnson,

                      Petitioner,                  19 **CIVIL** 516 (AJN)

     -against-                                   **JUDGMENT**

Christopher Miller,

                      Respondent.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2021, finding no error in the report and recommendation, the Court hereby ORDERS that the report and recommendation is adopted in full, and Johnson's objections are overruled. The Court therefore DENIES Johnson's § 2254 motion. Because Johnson has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253. Additionally, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, so *in forma pauperis* status is denied. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
            October 12, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                                  **BY:** _____
                                                                 **Deputy Clerk**